### BERT H. BLOCH vs. FRANK DeLUCIA.

*First Judicial District.

Submitted on briefs May 9th—decided June 5th, 1907.

ACTION to recover for merchandise sold, brought to and tried by the District Court of Waterbury, *Peasley, Deputy-Judge;* facts found and judgment rendered for the plaintiff, and appeal by the defendant. *No error.*

*Francis P. Guilfoile,* for the appellant (defendant).

*Michael J. Byrne,* for the appellee (plaintiff).

Opinion filed with the clerk of the District Court of Waterbury.

---

* Transferred from the third judicial district.